```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 39959
   RAMON G GOGGINS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5669

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/23/2005 and was confirmed 11/30/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   14.71%.

     The case was paid in full 09/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED              6900.00        717.50        6900.00
WELLS FARGO AUTO FINANCE  UNSECURED            3448.95           .00         507.17
CINGULAR WIRELESS         UNSECURED           NOT FILED         .00            .00
CITY OF CHICAGO PARKING   UNSECURED            3045.00          .00          447.77
ILLINOIS DEPT OF EMPLOYM  UNSECURED            4246.00          .00          624.37
ILLINOIS DEPT OF EMP SEC  NOTICE ONLY         NOT FILED         .00            .00
ILLINOIS DEPARTMENT OF E  NOTICE ONLY         NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED                .00          .00            .00
CBCS                      NOTICE ONLY         NOT FILED         .00            .00
ARROW FINANCIAL SERVICES  UNSECURED            2215.02          .00          325.72
TRUE LOGIC FINANCIAL COR  NOTICE ONLY         NOT FILED         .00            .00
ZENITH ACQUISITION CORP   UNSECURED            3692.87          .00          543.04
ASSET ACCEPTANCE CORP     UNSECURED             110.28          .00           16.22
NORTHEASTERN ILLINOIS UN  UNSECURED             350.00          .00           51.47
GALWAY FINANCIAL SVC LLC  FILED LATE            445.00          .00            .00
WELLS FARGO AUTO FINANCE  UNSECURED                .00          .00            .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED                .00          .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY         2,194.00                      2,194.00
TOM VAUGHN                TRUSTEE                                             813.43
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            13,140.69

PRIORITY                                       .00
SECURED                                    6,900.00
    INTEREST                                 717.50
UNSECURED                                  2,515.76
ADMINISTRATIVE                             2,194.00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 39959 RAMON G GOGGINS
```

```
TRUSTEE COMPENSATION                                              813.43
DEBTOR REFUND                                                        .00
                                      ----------------    ----------------
TOTALS                                      13,140.69           13,140.69
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE